UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., RANDOLPH PETERSON, individually and as relator; TRI- CITY RAILROAD COMPANY, LLC, a Washington limited liability company; as a Washington corporation and as relator,<br><br>Plaintiffs,<br><br>v.<br><br>PORT OF BENTON COUNTY, a Washington State Municipal Entity; SCOTT KELLER, individually and as Executive Director of Port of Benton; ROBERT LARSON, individually and as Commissioner of Port of Benton; ROY KECK, individually and as Commissioner of Port of Benton; JANE HAGERTY, individually and as Commissioner of the Port of Benton; CITY OF RICHLAND, a Washington State Municipal entity; and PETER ROGALSKY, individually and as Public Works Director of the City of Richland,<br><br>Defendants. | NO: 2:17-CV-0191-TOR<br><br>ORDER DISMISSING DEFENDANTS LARSON, KECK, AND HAGARTY WITH PREJUDICE |

ORDER DISMISSING DEFENDANTS LARSON, KECK, AND HAGARTY WITH PREJUDICE ~ 1

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss Defendants Larson, Keck, and Hagarty. ECF No. 189. The motion was submitted for consideration without oral argument. Having reviewed the file and the records therein, the Court is fully informed.

The stipulated motion is filed pursuant to Fed. R. Civ. P. 41(a) and LCivR 41(a) and provides for the dismissal of Defendants Larson, Keck, and Hagarty (previously, incorrectly spelled Hagerty) with prejudice and without fees or costs to any party.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Pursuant to Fed. R. Civ. P. 41(a) and LCivR 41(a), Defendants Robert Larson, Roy Keck, and Jane Hagarty are dismissed from this action with prejudice and without an award of fees or costs to any party.

The Clerk of Court is directed to enter this Order, terminate Defendants Larson, Keck, and Hagarty, and amend the docket accordingly.

DATED October 3, 2019.



THOMAS O. RICE
Chief United States District Judge

ORDER DISMISSING DEFENDANTS LARSON, KECK, AND HAGARTY WITH PREJUDICE ~ 2