UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., RANDOLPH PETERSON, et al, <br><br> Plaintiffs, <br><br> v. <br><br> PORT OF BENTON COUNTY, et al., <br><br> Defendants. | NO: 2:17-CV-0191-TOR <br><br> ORDER GRANTING STIPULATED MOTION TO DISMISS; DENYING AS MOOT THE MOTION FOR PARTIAL SUMMARY JUDGMENT |

BEFORE THE COURT is the Parties' Stipulated Motion to Dismiss (ECF No. 225). The Parties request the Court dismiss Plaintiffs Tri-City Railroad Company, LLC and Randolph Peterson's claims for negligence, nuisance, third-party breach of contract, and tortious interference with the 2002 Port of Benton/TCRY Lease against all Defendants with prejudice and without fees or costs to any party. ECF No. 225 at 2-3. The Parties further "stipulate that the

Defendants' Motion for Partial Summary Judgment" at ECF No. 202 is now "moot and should be denied as such." ECF No. 225 at 2.

Pursuant to Federal Rule of Civil Procedure 41(A)(ii), the Stipulated Motion to Dismiss (ECF No. 225) is **granted**. The pending Motion for Partial Summary Judgment (ECF No. 202) is **denied as moot**.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. The Parties' Stipulated Motion to Dismiss, ECF No. 225, is **GRANTED**. The claims for negligence, nuisance, third-party beneficiary breach of contract, and tortious interference with the 2002 Port of Benton/TCRY Lease against all Defendants are **dismissed with prejudice** and without an award of costs or fees to any party.

2. The Motion for Partial Summary Judgment, ECF No. 202, is **DENIED AS MOOT**.

The District Court Executive is hereby directed to enter this Order and furnish copies to all counsel.

DATED November 21, 2019.



THOMAS O. RICE
Chief United States District Judge

ORDER GRANTING STIPULATED MOTION TO DISMISS; DENYING AS MOOT THE MOTION FOR PARTIAL SUMMARY JUDGMENT ~ 2