UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., RANDOLPH PETERSON, individually and as relator; TRI-CITY RAILROAD COMPANY, LLC, a Washington limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>PORT OF BENTON COUNTY, et al.,<br><br>Defendants. | NO: 2:17-CV-0191-TOR<br><br>ORDER GRANTING SECOND STIPULATED MOTION TO DISMISS |

BEFORE THE COURT is the Parties' second Stipulated Motion to Dismiss (ECF No. 236). The Parties request the Court dismiss Plaintiffs Tri-City Railroad Company, LLC and Randolph Peterson's claims for (1) Qui Tam Retaliation (ECF No. 167 ¶¶ 4.6–4.13) against all defendants; and (2) Retaliation for exercise of federal rights under 42 U.S.C. § 1983 (ECF No. 167 ¶¶ 4.30–4.36) against Peter Rogalsky, only. ECF No. 236 at 2. The Parties further stipulate that "All other

ORDER GRANTING SECOND STIPULATED MOTION TO DISMISS ~ 1

[pending] claims not otherwise dismissed by the Court are retained." The parties request this voluntary dismissal be made with prejudice and without fees or costs to any party. *Id*. at 3.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Stipulated Motion to Dismiss (ECF No. 236) is **granted**.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. The Parties' Stipulated Motion to Dismiss, ECF No. 236, is **GRANTED**.
2. Plaintiffs' claims for (1) Qui Tam Retaliation (ECF No. 167 ¶¶ 4.6–4.13) against all defendants; and (2) Retaliation for exercise of federal rights under 42 U.S.C. § 1983 (ECF No. 167 ¶¶ 4.30–4.36) against Peter Rogalsky, only, are **dismissed with prejudice** and without an award of fees or costs to any party.

The District Court Executive is hereby directed to enter this Order and furnish copies to all counsel.

DATED December 5, 2019.



THOMAS O. RICE
Chief United States District Judge