# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., *Plaintiff* <br> v. <br> PORT OF BENTON COUNTY, et al., *Defendant* | Civil Action No. 2:17-CV-0191-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Qui Tam claims are dismissed. Plaintiffs are ordered to pay attorney fees to Defendant the Port of Benton in the amount of $102,980.25, plus statutory interest accruing pursuant 28 U.S.C. § 1961 at the rate of 1.59% per annum.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Thomas O. Rice   in the Order Granting Defendant's Motion for Partial Summary Judgment, ECF No. 196, and Order Approving Qui Tam Attorney Fees, ECF No. 238.

Date: December 6, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen