# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| RANDOLPH PETERSON and TRI-CITY RAILROAD COMPANY LLC,<br>*Plaintiff*<br>v.<br>PORT OF BENTON COUNTY,<br>*Defendant* | ) ) ) ) ) <br>Civil Action No. 2:17-CV-0191-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* ____ recover from the defendant *(name)* ____ the amount of ____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ____ recover costs from the plaintiff *(name)* ____ .

☑ other: The remaining state law claims are DISMISSED without prejudice and with leave to re-file in state court pursuant to 28 U.S.C. § 1367(d).

This action was *(check one)*:

☐ tried by a jury with Judge ____ presiding, and the jury has rendered a verdict.

☐ tried by Judge ____ without a jury and the above decision was reached.

☑ decided by Judge    Thomas O. Rice

Date: March 12, 2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen